**PulsePoint, Inc.**
345 Hudson St
5th Floor
New York NY   10014

| Sales / Invoices | SALES0008452 |
|---|---|
| Date | 10/26/2012 |

**Customer:**   Attn: Jim Larkin

Barons Media
4111 W. Alameda Ave, Ste 503
Burbank CA   91505

| Purchase Order | Customer ID | Salesperson ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
|  | BARONCW00001 |  |  | NET 30 |

**Description:**
Overpymt OCT11-MAY12

Amount
$258,283.00

| | |
|---|---|
| Subtotal | $258,283.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Payment | $0.00 |
| Total Due | $258,283.00 |

***Please send ALL payments to our address listed below***

Payment By Check:
Send to:
Pulsepoint Inc.
DEPT CH 19112
Palatine, IL 60055-9112

Wire Info:
Silicon Valley Bank
Acct #: 3300800442 ABA # 121140399